United States Bankruptcy Court
Southern District of Texas

**ENTERED**

July 02, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

IN RE:                                §
                                      §     **CASE NO: 26-30806**
                                      §
**LATASHA DENISE PARKER,**             §
                                      §
   **Debtor.**                         §
                                      §
                                      §
                                      §     **CHAPTER 13**

**ORDER STRIKING**
*Resolving ECF No. 51*

Pending before the Court is Adversary Complaint to Disallow Claim No. 16 and for Related Relief" (the "***Complaint***") filed on June 24 2026.[1]  The Complaint states that the Plaintiffs, Latasha Denise Partker and Anthony B. Parker,  Object to the validity, extent and enforceability of  Proof of Claim No. 16.[2]   Federal Rule of Bankruptcy Procedure 7001 requires that certain types of proceedings—such as this one—be brought as an adversary proceeding rather than through debtor's bankruptcy case.  Thus, this Court finds that Debtor's Complaint is procedurally improper and should be struck.  It is therefore:

**ORDERED** that the Complaint[3] is hereby **STRUCK** from the record.

 **SIGNED Thursday, July 2, 2026**

_____
   **Eduardo V. Rodriguez**
**Chief United States Bankruptcy Judge**

---

[1] ECF No. 51.
[2] *Id.*
[3] *Id.*